RESORTS INTERNATIONAL, INC. v. NJM ASSOCIATES.

September 25, 1981.

Certification to Superior Court, Law Division is granted.

RIGHT TO CHOOSE v. BRENDAN T. BYRNE.

September 28, 1981.

Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. GARY WILLIAMS.

October 6, 1981.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for accelerated consideration of the appeal on the merits; and it is further ORDERED that the motion for a stay of the trial pending the appeal is granted. Jurisdiction is not retained.